# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY AND DATA PROTECTION LIZENZ GMBH & CO. KG, <br><br> Plaintiff, <br><br> v. <br><br> DUO SECURITY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> )  C.A. No. 18-1477-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER
## TO AMEND CAPTION OF CASE

WHEREAS, Plaintiff Money and Data Protection Lizenz GmbH & Co. KG ("Plaintiff") has informed Defendant Duo Security, Inc. that effective July 6, 2020, Plaintiff has changed its name to CosmoKey Solutions GmbH & Co. KG;

WHEREAS, counsel for Plaintiff has further represented that this entity, CosmoKey Solutions GmbH & Co. KG, is: (i) the same entity as the named plaintiff (Money and Data Protection Lizenz GmbH & Co. KG) but for the name change, and (ii) is not any other entity that may have used "CosmoKey" in its name;

WHEREAS, CosmoKey Solutions GmbH & Co. KG respectfully requests that the Court's docket and future references refer to CosmoKey Solutions GmbH & Co. KG, in place of Money and Data Protection Lizenz GmbH & Co. KG, as the plaintiff in this action;

WHEREAS, CosmoKey Solutions GmbH & Co. KG intends to file a notice of appeal in this action;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the caption of this case and the pleadings shall be amended (as set forth below) to reflect the name of Plaintiff as "CosmoKey Solutions GmbH & Co. KG".

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG,<br><br>  Plaintiff,<br><br>  v.<br><br>DUO SECURITY, INC.,<br><br>  Defendant. | )<br>)<br>)<br>) C.A. No. 18-1477-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ David E. Moore*<br>  David E. Moore (#3983)<br>  Bindu A. Palapura (#5370)<br>  Stephanie E. O'Byrne (#4446)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE 19801<br>  Tel: (302) 984-6000<br>  dmoore@potteranderson.com<br>  bpalapura@potteranderson.com<br>  sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG f/k/a Money And Data Protection Lizenz GmbH & Co. KG* | By: */s/ Jennifer Ying*<br>  Jack B. Blumenfeld (#1014)<br>  Jennifer Ying (#5550)<br>  1201 North Market Street<br>  P.O. Box 1347<br>  Wilmington, DE 19899<br>  Tel: (302) 658-9200<br>  jblumenfeld@mnat.com<br>  jying@mnat.com<br><br>*Attorneys for Defendant Duo Security, Inc.* |

3

IT IS SO ORDERED this \_\_\_\_ day of \_\_\_\_\_, 2020.

_____
U.S.D.J.

6802008/45431