## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 18-1477-CFC |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| DUO SECURITY, INC., | ) ) | |
| Defendant. | ) ) | |

## RULE 7.1 DISCLOSURE STATEMENT OF
## COSMOKEY SOLUTIONS GMBH & CO. KG

Pursuant to Federal Rule of Civil Procedure 7.1, CosmoKey Solutions GmbH & Co. KG ("CosmoKey") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

CosmoKey is a German Kommanditgesellschaft (limited partnership). CosmoKey Solutions Verwaltungs GmbH is the Komplementär (general partner) of CosmoKey. Dominic Adenuga and Alexander Wangerowski are the Kommanditisten (limited partners) of CosmoKey and own, respectively, 20% and 80% of the shares of CosmoKey.

Dominic Adenuga and Alexander Wangerowski are the Gesellschafter (owners) of CosmoKey Solutions Verwaltungs GmbH, and each owns 50% of the shares of CosmoKey Solutions Verwaltungs GmbH.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  _/s/ David E. Moore_____

    David E. Moore (#3983)

Scott T. Weingaertner

    Bindu A. Palapura (#5370)

Stefan Mentzer

    Hercules Plaza, 6th Floor

John Padro

    1313 N. Market Street

Matthew Wisnieff

    Wilmington, DE  19801

Laura Logsdon

    Tel:  (302) 984-6000

WHITE & CASE LLP

    dmoore@potteranderson.com

1221 Avenue of the Americas

    bpalapura@potteranderson.com

New York, New York 10020

Tel:  (212) 819-8200

*Attorneys for Plaintiff CosmoKey*
*Solutions GmbH & Co. KG*

DeMarcus Williams

WHITE & CASE LLP

3000 El Camino Real

Palo Alto, CA  94306

Tel: (650) 213-0300

Dated: November 29, 2022

10456165 / 19335.00001

2