# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) C.A. No. 18-1477-CFC ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| DUO SECURITY, INC., | ) ) |
| Defendant. | ) |

## STATEMENT OF COSMOKEY SOLUTIONS GMBH & CO. KG REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENT

Pursuant to the Court's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements, plaintiff CosmoKey Solutions GmbH & Co. KG ("CosmoKey") states that:

1. CosmoKey has arranged to receive litigation funding from Curiam Investments 2 LLC, a Delaware limited liability company with an address at 767 Fifth Avenue, 9th Floor, New York, New York, 10153 ("Curiam").

2. Curiam's approval is not necessary for litigation or settlement decisions in the action.

3. Curiam has agreed to finance, on a non-recourse basis, the expenses and a portion of the legal fees of CosmoKey, in return for a portion of any recovery.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Scott T. Weingaertner
Stefan Mentzer
John Padro
Matthew Wisnieff
Laura Logsdon
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 819-8200

DeMarcus Williams
WHITE & CASE LLP
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 213-0300

Dated: November 29, 2022
10456163 / 19335.00001

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG*

2