

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

January 23, 2023

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
J Caleb Boggs Federal Building
844 N. King Street
Unit 31
Room 4124
Wilmington, DE 19801-3555

    **RE:** *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc.* **(C.A. No. 18-1477-CFC)**

Dear Chief Judge Connolly:

    The parties jointly write to respectfully request that the Court set a Rule 16(b) scheduling conference for this case. On November 10, 2021, a Mandate issued from the Court of Appeals for the Federal Circuit (D.I. 32). There are no pending motions that need resolution. Counsel for the parties met and conferred and agree that the next step is entry of a scheduling order to allow the case to begin moving forward.

    Counsel is available at the Court's convenience should Your Honor have any questions.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt/10555101

cc: Counsel of Record (via electronic mail)