## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 18-1477-CFC |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| DUO SECURITY, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) and the Court's Scheduling Order (D.I. 45), Plaintiff CosmoKey Solutions GmbH & Co. KG ("CosmoKey") and Defendant Duo Security, Inc. ("Duo") hereby jointly submit this Stipulation and [Proposed] Order to Allow CosmoKey To Amend Complaint, and state as follows:

WHEREAS, the deadline to amend pleadings is March 31, 2023 (D.I. 45);

WHEREAS, CosmoKey informed Duo that it intends to amend its First Amended Complaint (D.I. 15) to add as a defendant Cisco Systems, Inc. ("Cisco"), which is the parent company of defendant Duo Security, Inc. ("Duo"), and to add indirect infringement claims against Duo;

WHEREAS, through this stipulation, Duo consents to allow CosmoKey to amend its First Amended Complaint but reserves all rights;

WHEREAS, pursuant to D. Del. L.R. 15.1, CosmoKey's Second Amended Complaint is attached as Exhibit 1, and a redline showing the changes from the First Amended Complaint is attached as Exhibit 2;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.      CosmoKey may amend its First Amended Complaint in accordance with Fed. R. Civ. P. 15(a) with the Second Amended Complaint attached as Exhibit 1.  The Second Amended Complaint shall be deemed filed and served as of the date this Stipulated Order is signed by the Court; and

2.      Cisco and Duo's deadline to file a motion to dismiss, answer, or otherwise respond to the Second Amended Complaint is April 21, 2023.

POTTER ANDERSON & CORROON LLP

By:   */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff CosmoKey
Solutions GmbH & Co. KG*

Dated: March 31, 2023
10716662/19335.00001

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:   */s/ Jennifer Ying*
    Jack B. Blumenfeld (#1014)
    Jennifer Ying (#5550)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel:  (302) 658-9200
    jblumenfeld@morrisnichols.com
    jying@morrisnichols.com

*Attorneys for Defendant Duo Security, Inc.*


      IT IS SO ORDERED this _____ day of _____, 2023.


              _____
              Chief United States District Judge