# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 18-1477-CFC |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| DUO SECURITY, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the following deadlines are extended as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's infringement contentions and mandatory disclosures (D.I. 45, ¶¶ 3, 4) | April 21, 2023 | May 1, 2023 |
| Defendants' invalidity contentions and mandatory disclosures (D.I. 45, ¶¶ 5, 6) | June 21, 2023 | July 3, 2023 |

All other deadlines set forth in the Court's February 8, 2023 Scheduling Order (D.I. 45) shall remain the same.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

By:  */s/ Bindu A. Palapura*  
David E. Moore (#3983)  
Bindu A. Palapura (#5370)  
Andrew L. Brown (#6766)  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19801  
Tel: (302) 984-6000  
dmoore@potteranderson.com  
bpalapura@potteranderson.com  
abrown@potteranderson.com  

*Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG*

By:  */s/ Jennifer Ying*  
Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
Tel: (302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com  

*Attorneys for Defendant Duo Security, Inc.*

Dated: March 31, 2023  
10716658/19335.00001

      IT IS SO ORDERED this ____ day of _____, 2023.

                                                    _____  
                                                    Chief United States District Judge