IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1477 (CFC) ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc. ("Defendants") respectfully moves to dismiss the claims of enhanced damages for willful infringement and induced infringement in Plaintiff's Second Amended Complaint (D.I. 62) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in Defendants' Opening Brief filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Brian A. Rosenthal<br>Katherine Dominguez<br>Allen Kathir<br>Hyunjong Ryan Jin<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br><br>Ryan K. Iwahashi<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>(650) 849-5300<br><br>Jaysen S. Chung<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>(415) 393-8200<br><br>April 21, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br><br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br><br>*Attorneys for Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1477 (CFC) ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The Court having considered Defendants Duo Security LLC's and Cisco Systems, Inc.'s Motion to Dismiss for Failure to State a Claim (the "Motion to Dismiss"), and good cause being shown therefore,

IT IS HEREBY ORDERED, this ____ day of _____, 2023, that the Motion to Dismiss is granted and Plaintiff's Claims in the Second Amended Complaint (D.I. 62) for enhanced damages for willful infringement and induced infringement are DISMISSED WITH PREJUDICE.

_____
Chief, United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 21, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott T. Weingaertner, Esquire<br>Stefan Mentzer, Esquire<br>John Padro, Esquire<br>Matthew Wisnieff, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)