# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, Plaintiff, v. DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., Defendants. | C.A. No. 18-1477-CFC **JURY TRIAL DEMANDED** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff CosmoKey Solutions GmbH & Co. KG respectfully requests oral argument on Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (D.I. 67). Briefing is complete on this motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   */s/ Bindu A. Palapura* |
|---|---|
| | David E. Moore (#3983) |
| Scott T. Weingaertner | Bindu A. Palapura (#5370) |
| Stefan Mentzer | Andrew L. Brown (#6766) |
| John Padro | Hercules Plaza, 6th Floor |
| Matthew Wisnieff | 1313 N. Market Street |
| GOODWIN PROCTER LLP | Wilmington, DE 19801 |
| The New York Times Building | Tel: (302) 984-6000 |
| 620 Eighth Avenue | dmoore@potteranderson.com |
| New York, NY 10018 | bpalapura@potteranderson.com |
| Tel: (212) 459-7349 | abrown@potteranderson.com |

Dated: May 19, 2023

10819824 / 19335.00001

*Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG*