# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 18-1477-CFC ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MARKMAN DATES

WHEREAS, at the conclusion of the September 19, 2023 discovery conference, the Court rescheduled the *Markman* hearing date to April 9, 2024 at 10:00 a.m. and ordered that the Joint Claim Construction Brief be due by March 20, 2024 (*see* September 20, 2023 Oral Order);

WHEREAS, the parties have conferred and have agreed to the following adjustments in the *Markman* process and briefing schedule:

IT IS HEREBY STIPULATED AND AGREED by and between the parties and subject to the approval of the Court, that the following deadlines contained in the Scheduling Order (D.I. 45) are amended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Parties to meet and confer regarding claim terms and constructions to see if further narrowing is possible | n/a | By January 5, 2024 |
| Parties to file any amended joint claim construction chart | n/a | By January 10, 2024 |
| Plaintiff's opening *Markman* brief | September 29, 2023 | January 26, 2024 |
| Defendants' answering *Markman* brief | October 30, 2023 | February 16, 2024 |
| Plaintiff's reply *Markman* brief | November 20, 2023 | March 1, 2024 |
| Defendants' sur-reply *Markman* brief | December 11, 2023 | March 15, 2024 |
| Joint Claim Construction Brief | December 18, 2023 | March 20, 2024 |
| Meet and confer on *Markman* terms and submission of amended claim term chart | January 10, 2024 | March 26, 2024 |
| *Markman* hearing | January 18, 2024 at 9:00 am | April 9, 2024 at 10:00 a.m. |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *David E. Moore* | /s/ *Jennifer Ying* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG* | *Attorneys for Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.* |

Dated: September 26, 2023
11075459/19335.00001

SO ORDERED this **27th** day of **September**, 2023.

_____
Chief, United States District Court Judge