IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 18-1477 (JLH) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Answering Claim Construction Brief* were caused to be served on February 16, 2024, upon the following in the manner indicated:

David E. Moore, Esquire                                                                    VIA ELECTRONIC MAIL
Bindu A. Palapura, Esquire
Andrew L. Brown, Esquire
POTTER, ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Scott T. Weingaertner, Esquire                                                        VIA ELECTRONIC MAIL
Stefan Mentzer, Esquire
John Padro, Esquire
Matthew Wisnieff, Esquire
Lauren Kuehn Pelletier, Esquire
Timothy Francis Keegan, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Attorneys for Plaintiff*

Farzad Feyzi, Esquire  
GOODWIN PROCTER LLP  
601 Marshall Street  
Redwood City, CA 94063  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ Jennifer Ying*

Brian A. Rosenthal  
Katherine Dominguez  
Allen Kathir  
Hyunjong Ryan Jin  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY 10166-0193  
(212) 351-4000

Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
Travis J. Murray (#6882)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com  
tmurray@morrisnichols.com

Jaysen S. Chung  
GIBSON, DUNN & CRUTCHER LLP  
One Embarcadero Center, Suite 2600  
San Francisco, CA 94111-3715  
(415) 393-8200

*Attorneys for Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.*

February 16, 2024

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 16, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott T. Weingaertner, Esquire<br>Stefan Mentzer, Esquire<br>John Padro, Esquire<br>Matthew Wisnieff, Esquire<br>Lauren Kuehn Pelletier, Esquire<br>Timothy Francis Keegan, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Farzad Feyzi, Esquire<br>GOODWIN PROCTER LLP<br>601 Marshall Street<br>Redwood City, CA 94063<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)