**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

March 20, 2024

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc.*,
        C.A. No. 18-1477-JLH

Dear Judge Hall:

    The parties have conferred and request a total of 3 hours for the April 9, 2024 Claim Construction Hearing, split evenly between the sides.

Neither side requests leave to present testimony at the hearing.

    Should Your Honor have any further questions, we are available at the Court's convenience.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt/11376628/19335.00001

cc:  Counsel of record (via electronic mail)