IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, <br><br> Plaintiff, <br><br> v. <br><br> DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 18-1477 (JLH) ) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
SUBMISSION OF TECHNOLOGY TUTORIALS**

WHEREAS, Plaintiff CosmoKey Solutions GmBH & Co. KG ("CosmoKey") submitted a technology tutorial on March 20, 2024 (D.I. 138);

WHEREAS, Defendants Duo Security, Inc. n/k/a Duo Security LLC and Cisco Systems, Inc. (collectively, "Defendants") did not submit a technology tutorial;

WHEREAS, the parties disagree as to whether this Court's guidance on tutorials (*see* January 19, 2024 Rule 16 Scheduling Order - Patent at 7) is applicable and whether the Scheduling Order (D.I. 45) permits or does not provide for submission of technology tutorials.

WHEREAS, the *Markman* hearing has been scheduled for April 12, 2024 (D.I. 142);

WHEREAS, the parties have met and conferred, and have agreed that Defendants may submit a technology tutorial in advance of the April 12, 2024 *Markman* hearing;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants will submit their submit a technology tutorial on or before April 5, 2024.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Andrew L. Brown* | */s/ Jennifer Ying* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG* | *Attorneys for Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.* |

March 29, 2024

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

2