**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Andrew L. Brown
abrown@potteranderson.com
Direct  302.984.6107

April 2, 2024

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:  *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc.*,
           C.A. No. 18-1477-JLH

Dear Judge Burke:

     Pursuant to the Court's March 26, 2024 Oral Order (D.I. 143), Plaintiff CosmoKey Solutions GmbH & Co. KG and Defendants Duo Security, Inc. and Cisco Systems Inc. jointly inform the Court that the parties do not consent to Judge Burke's jurisdiction to conduct all proceedings in this case.

                                              Respectfully,

                                              */s/ Andrew L. Brown*

                                              Andrew L. Brown

ALB:nmt/11410800/19335.00001

cc:  Counsel of record (via electronic mail)