**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Andrew L. Brown
abrown@potteranderson.com
Direct  302.984.6107

April 3, 2024

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc.*,
          C.A. No. 18-1477-JLH

Dear Judge Hall:

      Pursuant to Paragraph 17 of the Scheduling Order (D.I. 45) and the Court's March 25, 2024 Oral Order (D.I. 142), the parties provide this report on their effort to narrow the claim construction issues.  On March 26, 2024, the parties conducted a meet and confer by telephone and went through the disputed claim terms to determine if the issues could be narrowed or eliminated.  The call lasted approximately 50 minutes; however, the parties were unable to narrow or reach any further agreement on the current claim construction disputes.

      The following attorneys participated in the discussions directed at narrowing the claim construction disputes:

      For Plaintiff CosmoKey Solutions GmbH & Co. KG:

| | |
|---|---|
| Delaware Counsel: | Andrew L. Brown, Potter Anderson & Corroon LLP |
| Lead Counsel: | John Padro, Goodwin Procter LLP |
| | Scott T. Weingaertner, Goodwin Procter LLP |
| | Fred Feyzi, Goodwin Procter LLP |

      For Defendants Duo Security, Inc and Cisco Systems Inc..:

| | |
|---|---|
| Delaware Counsel: | Jennifer Ying, Morris, Nichols, Arsht & Tunnell LLP |
| Lead Counsel: | Jaysen Chung, Gibson, Dunn & Crutcher LLP |
| | Charlie Sim, Gibson, Dunn & Crutcher LLP |

The Honorable Jennifer L. Hall
April 3, 2024
Page 2

      Thus, the parties refer the Court to the January 10, 2024 Amended Joint Claim Construction Chart (D.I. 122) previously submitted by the parties.  We are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      */s/ Andrew L. Brown*

      Andrew L. Brown

ALB:nmt/11410800/19335.00001

cc:  Counsel of record (via electronic mail)