## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 18-1477-JLH |
| | ) | **JURY TRIAL DEMANDED** |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the parties are continuing to work towards preparing a joint proposed order;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff CosmoKey Solutions GmbH & Co. KG and Defendants Duo Security, Inc. and Cisco Systems, Inc., subject to the approval of the Court, that the parties' time to submit a proposed order incorporating the Court's ruling with respect to claim construction pursuant to the Court's April 15, 2024 Oral Order (D.I. 169) shall be extended to May 2, 2024.

POTTER ANDERSON & CORROON LLP

*/s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff CosmoKey Solutions
GmbH & Co. KG*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants Duo Security LLC
f/k/a Duo Security, Inc. and Cisco Systems, Inc.*


IT IS SO ORDERED this _____ day of _____, 2024.


_____
United States District Judge

10703399/19335.00001