IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG,<br><br>    Plaintiff,<br><br>v.<br><br>DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC.,<br><br>    Defendants. | C.A. No. 18-1477-JLH |

## ~~[PROPOSED]~~ ORDER ON CLAIM CONSTRUCTION

WHEREAS, a *Markman* hearing was held on April 12, 2024;

WHEREAS, the Court announced its rulings on the parties' claim construction disputes regarding U.S. Patent No. 9,246,903 ("the '903 Patent") from the bench on April 15, 2024;

NOW, THEREFORE, the Court construes the disputed terms in the '903 Patent as follows, in accordance with and for the reasons stated in the Court's April 15, 2024 ruling:

| Disputed Term (Claim(s)) | Court's Construction |
|---|---|
| "ensuring"<br><br>(claims 1 and 2) | "executing with certainty" |
| "the authentication function is normally inactive and is activated by the user only preliminarily for the transaction"<br><br>(claim 1) | "the authentication function is normally inactive and is locally activated at the mobile device by the user only preliminarily for the transaction" |
| "said response from the second communication channel includes information that the authentication function is active"<br><br>(claim 1) | No construction adopted at this time. |

| | |
|---|---|
| "ensuring that said response from the second communication channel includes information that the authentication function is active, and" / "thereafter ensuring that the authentication function is automatically deactivated." (claim 1) | "ensuring that the authentication function is automatically deactivated" must occur after "ensuring that said response from the second communication channel includes information that the authentication function is active" |
| "the authentication function is automatically deactivated." (claim 1) | "the authentication function is deactivated without user involvement" This construction does not preclude user involvement in activating the authentication function. |
| "location(s)" (claims 5 and 8) | "physical location(s)" This construction can encompass the authentication device looking at a logical address, so long as that logical address corresponds to or is associated with a physical location. |
| "predetermined spatial relationship" (claims 5 and 8) | "predetermined relationship related to the physical locations of both the terminal and mobile device" |

SO ORDERED this __3__ day of __May__, 2024.

_____
UNITED STATES DISTRICT JUDGE

2