# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jennifer Ying**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

May 10, 2024

The Honorable Christopher J. Burke *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555

      Re:    *CosmoKey Solutions GmbH & Co. v. Duo Security, Inc., et al.*
               C.A. No. 18-1477 (JLH)

Dear Judge Burke:

      Pursuant to the Court's March 22, 2024 Oral Order (D.I. 141) and the Court's Standing Order Regarding Courtroom Opportunities for Newer Attorneys, Defendants hereby provide notice that it intends to have a newer attorney, Hyunjong Ryan Jin, argue during the May 20, 2024 videoconference hearing.

                                      Respectfully,

                                      */s/ Jennifer Ying*

                                      Jennifer Ying (#5550)

JY/lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)