# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1477-JLH |
| | ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Plaintiff CosmoKey Solutions GmbH & Co. KG ("CosmoKey") respectfully moves this Court to schedule a teleconference to address the following outstanding discovery disputes:

- CosmoKey's request for sanctions under Rule 37(b) for Defendants' violation of the Court's orders (D.I. 45, 114) and under Rule 37(c) for Defendants' failure to supplement their document production in a timely manner as required by Rule 26(e).

- CosmoKey's request that the case scheduling order be amended to extend the time for CosmoKey to seek discovery, to set dates for Defendants' compliance, and to extend additional dates in the schedule as requested.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: June 10, 2024. The parties also had written communications prior to and following the meet-and-confer.

    <u>Delaware Counsel for Plaintiff</u>: David Moore, Andrew Brown

    <u>Lead Counsel for Plaintiff</u>: Scott Weingaertner, Matthew Wisnieff

    <u>Delaware Counsel for Defendants</u>: Jennifer Ying

    <u>Lead Counsel for Defendants</u>: Jaysen Chung

Given the upcoming close of fact discovery on **June 28, 2024**, CosmoKey requests that this emergency matter be heard as soon possible on an expedited basis. The parties are available for a teleconference on the following dates:

- Monday, June 17, 2024
- Tuesday, June 18, 2024
- Thursday, June 20, 2024

In addition, due to the extensive and complex factual background of the issues, CosmoKey respectfully requests that the page limit for opening and answering letters be expanded to 5 pages each.[1]

---

[1] Defendants have stated their position as follows: "Defendants oppose the request because (1) the scheduling order issue is not ripe, and Defendants believe that further meet and confer is needed, and (2) CosmoKey's sanctions motion is not the type of dispute intended to be addressed under the discovery dispute procedures, but instead the briefing procedures for motions set forth in D. Del. LR 7.1.2 and 7.1.3." CosmoKey disputes Defendants' position, and given the emergency nature of the issues raised in this motion, believes that Court intervention on an expedited basis is necessary.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Scott T. Weingaertner
Stefan Mentzer
John Padro
Matthew R. Wisnieff
Lauren Kuehn Pelletier
Timothy Keegan
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel:  (212) 813-8800

Farzad (Fred) Feyzi
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Tel:  (650) 752-3100

Dated:  June 13, 2024
11562944 / 19335.00001

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG*

3