# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

June 28, 2024

The Honorable Christopher J. Burke         *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555

Re:   *CosmoKey Solutions GmBH & Co. v. Duo Security, Inc. n/k/a Duo Security LLC and Cisco Systems, Inc.*,
      C.A. No. 18-1477 (JLH) (CJB)

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer via video teleconference via Zoom on the following date(s):  June 20, 2024.  The parties also had subsequent written communications following the meet and confer.

Delaware Counsel for Plaintiff:  Andrew Brown

Lead Counsel for Plaintiff:  Matthew Wisnieff, Lauren Pelletier

Delaware Counsel for Defendants:  Jennifer Ying

Lead Counsel for Defendants:  Allen Kathir

The Honorable Christopher J. Burke
June 28, 2024
Page 2

The dispute requiring judicial attention is listed below:

- Defendants' request for Plaintiff to supplement its infringement contentions, including to specifically describe the software elements Plaintiff contends satisfy the claimed "authentication function" limitation in the Accused Products and identify the specific line(s) of source code identifying any such software elements.

- Plaintiff's request for Defendant to complete its technical document production and comply with the Court's Sept. 28, 2023 (D.I. 114) order, including production of Cisco source code for the accused Infringing Cisco Products, all differential emails in an easily accessible manner, and all Slack Channels either relating to the accused offerings or cited within Defendants' source code.

- Plaintiff's request that Defendants withdraw the three new prior art references identified in Appendices A11-A13 first asserted in their June 7, 2024 supplemental invalidity contentions.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY/lo
cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)