# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUO SECURITY, INC. n/k/a DUO SECURITY ) <br> LLC and CISCO SYSTEMS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 18-1477-JLH-CJB <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING ORDER DATES

WHEREAS, the current close of fact discovery is June 28, 2024;

WHEREAS, pursuant to the Court's July 2, 2024 Oral Order (D.I. 231), the parties have further conferred and have agreed that good cause exists for the following modifications to the case schedule pursuant to Federal Rule of Civil Procedure 16(b)(4):[1]

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of the Court, that the following deadlines are amended as follows:

| Event | Current Deadline | Revised Proposed Deadline |
|---|---|---|
| Close of fact discovery for Defendants[2] | June 28, 2024 | no change |
| Close of fact discovery for CosmoKey | June 28, 2024 | August 23, 2024 |
| Opening expert reports on issues to which a party bears the burden | July 26, 2024 | September 20, 2024 |

---

[1] Pursuant to D. Del. LR 16.4, the undersigned counsel hereby certifies that this stipulation has been sent to counsel's respective clients.

[2] Between June 28, 2024 and August 23, 2024, Defendants (1) are not foreclosed from following up on issues Defendants have raised with respect to CosmoKey's infringement contentions, invalidity contentions, and June 28, 2024 discovery responses and (2) may complete the third-party discovery that was noticed and served (D.I. 201, 202). Defendants are further permitted to supplement their discovery responses and disclosures through August 23, 2024.

| Event | Current Deadline | Revised Proposed Deadline |
| --- | --- | --- |
| Rebuttal expert reports | August 30, 2024 | October 18, 2024 |
| Reply expert reports | September 27, 2024 | November 15, 2024 |
| Close of expert discovery | October 25, 2024 | December 20, 2024 |
| Deadline for case dispositive and *Daubert* motions | November 29, 2024 | January 31, 2025 |
| Case dispositive and *Daubert* opposition briefs | January 7, 2025 | February 28, 2025 |
| Case dispositive and *Daubert* reply briefs | January 21, 2025 | March 14, 2025 |
| Joint proposed pretrial order, as well as *in limine* motions, jury instructions, voir dire, and verdict form | April 30, 2025 | April 30, 2025 |
| Final pretrial/scheduling conference | May 21, 2025 | May 21, 2025 |
| 5-day jury trial | June 9, 2025 | June 9, 2025 |

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Andrew L. Brown (#6766)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com
   abrown@potteranderson.com

*Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG*

Dated: July 31, 2024
11680785 / 19335.00001

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jennifer Ying*
   Jack B. Blumenfeld (#1014)
   Jennifer Ying (#5550)
   Travis J. Murray (#6882)
   1201 North Market Street
   P.O. Box 1347
   Wilmington, DE 19899
   (302) 658-9200
   jblumenfeld@morrisnichols.com
   jying@morrisnichols.com
   tmurray@morrisnichols.com

*Attorneys for Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.*

2

IT IS SO ORDERED this ____ day of _____, 2024.

                                                             _____
                                                                 United States District Judge