# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1477-JLH-CJB ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER REGARDING REVISED SCHEDULING ORDER DATES

WHEREAS, pursuant to the Court's August 2, 2024 Oral Order (D.I. 273), the parties have further conferred on a revised case schedule and dispositive motion procedures and have selected the third option proposed by the Court in its Oral Order;

WHEREAS, the parties have agreed that good cause exists for the following modifications to the case schedule pursuant to Federal Rule of Civil Procedure 16(b)(4)[1]; and

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of the Court, that the following deadlines are amended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of fact discovery for Defendants[2] | June 28, 2024 | No change |

---

[1] Pursuant to D. Del. LR 16.4, the undersigned counsel hereby certifies that this stipulation has been sent to counsel's respective clients.

[2] Between June 28, 2024 and August 23, 2024, Defendants (1) are not foreclosed from following up on issues Defendants have raised with respect to CosmoKey's infringement contentions, invalidity contentions, and June 28, 2024 discovery responses and (2) may complete the third-party discovery that was noticed and served (D.I. 201, 202). Defendants are further permitted to supplement their discovery responses and disclosures through August 23, 2024.

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of fact discovery for CosmoKey | June 28, 2024 | August 23, 2024 |
| Opening expert reports on issues to which a party bears the burden | July 26, 2024 | September 20, 2024 |
| Rebuttal expert reports | August 30, 2024 | October 18, 2024 |
| Reply expert reports | September 27, 2024 | November 12, 2024 |
| Close of expert discovery | October 25, 2024 | December 6, 2024 |
| Earliest that 3-page letter motions for leave to file motions for summary judgment may be filed | N/A | December 6, 2024 |
| *Daubert* motions | November 29, 2024 | December 20, 2024 |
| Deadline to file 3-page letter motions for leave to file motions for summary judgment | N/A | January 10, 2025 |
| *Daubert* opposition briefs | January 7, 2025 | January 17, 2025 |
| *Daubert* reply briefs | January 21, 2025 | January 31, 2025 |
| Joint proposed pretrial order, as well as *in limine* motions, jury instructions, voir dire, and verdict form | April 30, 2025 | No change |
| Final pretrial/scheduling conference | May 21, 2025 | No change |
| 5-day jury trial | June 9, 2025 | No change |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | By: */s/ Jennifer Ying*<br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorneys for Plaintiff CosmoKey Solutions GmbH & Co. KG* | *Attorneys for Defendants Duo Security LLC f/k/a Duo Security, Inc. and Cisco Systems, Inc.* |

Dated: August 16, 2024
11699321 / 19335.00001

IT IS SO ORDERED this 15th day of August, 2024.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge

3