IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 18-1477 (JLH) (CJB) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. ERIC COLE**

Pursuant to Fed. R. Evid. 702 and *Daubert*, Defendants Duo Security, Inc., n/k/a Duo Security LLC, and Cisco Systems, Inc. (collectively, "Defendants") move to exclude certain opinions of Plaintiff CosmoKey Solutions GmbH & Co. KG's technical expert, Dr. Eric Cole.

The grounds for this motion are set forth in Defendants' Opening Brief and the accompanying papers filed herewith.

1

<table>
<tr><td>

OF COUNSEL:

Brian A. Rosenthal
Katherine Dominguez
Allen Kathir
Hyunjong Ryan Jin
Charlie Sim
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Jaysen S. Chung
Julian Manasse-Boetani
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200

Nathaniel R. Scharn
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
(949) 451-3800

December 20, 2024

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants Duo Security LLC
f/k/a Duo Security, Inc. and Cisco Systems, Inc.*

</td></tr>
</table>

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, counsel for Defendants certifies that counsel for the parties conferred regarding the subject of the foregoing motion, and that Plaintiff opposes the relief sought by this motion.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, <br><br> Plaintiff, <br><br> v. <br><br> DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 18-1477 (JLH) (CJB) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Having reviewed and considered Defendants' Motion to Exclude Certain Opinions of Dr. Eric Cole under Fed. R. Evid. 702 and *Daubert* ("the Motion"), the related briefing and all arguments thereto:

IT IS HEREBY ORDERED that Defendants' Motion is hereby GRANTED. Dr. Cole's technical opinions applying his construction of "authentication function" as "software elements needed to authenticate" are hereby excluded.

SO ORDERED this _____ day of _____, 2025.

_____
J.

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott T. Weingaertner, Esquire<br>Stefan Mentzer, Esquire<br>John Padro, Esquire<br>Matthew Wisnieff, Esquire<br>Lauren Kuehn Pelletier, Esquire<br>Timothy Francis Keegan, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Farzad Feyzi, Esquire<br>GOODWIN PROCTER LLP<br>601 Marshall Street<br>Redwood City, CA 94063<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*

Jennifer Ying (#5550)

5