IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG,<br><br>Plaintiff,<br><br>v.<br><br>DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1477 (JLH) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(a), Defendants Duo Security, Inc., n/k/a Duo Security LLC, and Cisco Systems, Inc. (collectively, "Defendants") move for summary judgment of no infringement and no joint infringement.

The grounds for this motion are set forth in Defendants' Opening Brief and the accompanying papers filed herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jennifer Ying* |
| Brian A. Rosenthal<br>Katherine Dominguez<br>Allen Kathir<br>Hyunjong Ryan Jin<br>Charlie Sim<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000 | Jennifer Ying (#5550)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Defendants Duo Security LLC*<br>*f/k/a Duo Security, Inc. and Cisco Systems, Inc.* |
| Jaysen S. Chung<br>Julian Manasse-Boetani<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>(415) 393-8200 | |
| Nathaniel R. Scharn<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>(949) 451-3800 | |
| February 14, 2025 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-1477 (JLH) (CJB) ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER

Having reviewed and considered Defendants' Motion for Summary Judgment, the related briefing, and all arguments thereto:

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. Final judgment of non-infringement as to claims 1–3, 5, and 8–12 of U.S. Patent No. 9,246,903 ("the '903 Patent") (the "Asserted Claims") is entered in favor of Defendants and against Plaintiff, as follows:

   a. Defendants do not infringe any of the Asserted Claims because Defendants' Duo Push product lacks the claimed "authentication function" limitation; and

   b. Defendants do not infringe any of the Asserted Claims because Defendants' Duo Push product lacks the claimed "predetermined time relation" limitation.

3. Summary judgment of no joint infringement as to the Asserted Claims is entered in favor of Defendants and against Plaintiff, as Defendants do not practice the claimed method step of "transmitting a user identification from the terminal to a transaction partner" under any asserted theory of joint infringement.

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2025, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Andrew M. Moshos, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott T. Weingaertner, Esquire<br>Stefan Mentzer, Esquire<br>John Padro, Esquire<br>Matthew Wisnieff, Esquire<br>Lauren Kuehn Pelletier, Esquire<br>Timothy Francis Keegan, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Farzad Feyzi, Esquire<br>GOODWIN PROCTER LLP<br>601 Marshall Street<br>Redwood City, CA 94063<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)