**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Andrew M. Moshos
amoshos@potteranderson.com
Direct 302.984.6288

May 13, 2025

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc. n/k/a Duo Security LLC and Cisco Systems, Inc.*, C.A. No. 18-1477-JLH-CJB

Dear Judge Hall:

    Pursuant to the Court's January 31, 2025 Oral Order (D.I. 397), the parties write to inform the Court that they conducted an in-person mediation in New York, NY on April 10, 2025, with Michael A. Jacobs from JAMS serving as mediator.[1]

    In attendance at the mediation were Scott T. Weingaertner and John P. Padro of Goodwin Proctor LLP, lead counsel for Plaintiff, and Brian Rosenthal and Nathaniel Scharn of Gibson Dunn & Crutcher, lead counsel for Defendants. Both sides also had client representatives attend the mediation. The mediation lasted for approximately five hours and did not result in settlement.

    Lead counsel for both parties certify that they engaged in mediation efforts in good faith. While the parties do not anticipate immediately resuming mediation efforts, the parties have agreed to reconvene within two weeks of any decision issued by the Court on Defendants' pending motion for summary judgment (D.I. 418).

    Counsel is available if the Court has any questions.

---

[1]     *See* https://www.jamsadr.com/jacobs/

The Honorable Jennifer L. Hall
May 13, 2025
Page 2

                                        Respectfully,

                                        */s/ Andrew M. Moshos*

                                        Andrew M. Moshos

AMM:rms/12211792/19335.00001

cc:    Clerk of Court (via hand delivery)
       Counsel of Record (via electronic mail, w/o encls.)