**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Andrew M. Moshos
amoshos@potteranderson.com
Direct  302.984.6288

May 13, 2025

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:  *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc. n/k/a Duo Security LLC and Cisco Systems, Inc.*, C.A. No. 18-1477-JLH-CJB

Dear Judge Hall:

      I write on behalf of Plaintiff CosmoKey to respectfully request the Court's guidance on certain outstanding disputes.  As part of their pretrial exchanges, the parties discussed certain documents and defenses that CosmoKey contends Defendants did not properly disclose during discovery and are therefore inappropriate to include in the pretrial submissions.  The parties have conferred and summarized their respective positions on these matters in the submitted pretrial order.  D.I. 470 ¶ 157.  While CosmoKey believes that briefing this issue in a motion to strike may be beneficial to the Court, given the limited time before the pretrial conference and that a discovery motion would be heard by Judge Burke, CosmoKey respectfully requests the Court's guidance on how it would prefer to address the matter.

      In addition, CosmoKey respectfully requests the Court's guidance as to whether it intends to hear oral argument on any of the pending motions at the pretrial conference identified in Paragraph 156 of the Pretrial Order (D.I. 470), listed below for reference.

- Defendants' summary judgment motion (D.I. 418)
- The parties' pending *Daubert* motions (D.I. 325, 327, 332, 335)
- CosmoKey's Motion to Strike (D.I. 423)[1]
- CosmoKey's Rule 72 Objections to J. Burke's Order on CosmoKey's Motion for Sanctions (D.I. 425)

      CosmoKey has conferred with counsel for Defendants and Defendants do not object to the filing of this letter.

---

[1] CosmoKey's Motion to Strike (D.I. 423) is pending before Judge Burke.

The Honorable Jennifer L. Hall
May 13, 2025
Page 2

       Counsel is available if the Court has any questions.

                              Respectfully,

                              */s/ Andrew M. Moshos*

                              Andrew M. Moshos

AMM:rms/12222197/19335.00001

cc:     Clerk of Court (via hand delivery)
         Counsel of Record (via electronic mail, w/o encls.)