**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Andrew M. Moshos
amoshos@potteranderson.com
Direct  302.984.6288

June 2, 2025

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *CosmoKey Solutions GmbH & Co. KG v. Duo Security, Inc. n/k/a Duo Security LLC and Cisco Systems, Inc.*, C.A. No. 18-1477-JLH-CJB

Dear Judge Hall:

      Pursuant to Your Honor's Order on May 22, 2025 (D.I. 491), please find submitted concurrently herewith the parties' revised proposed Pretrial Order.[1]  The parties' remaining disputes are noted in Paragraphs 18 n.2, 157, and 159 of the revised proposed Pretrial Order.

      Counsel is available if the Court has any questions.

      Respectfully,

      */s/ Andrew M. Moshos*

      Andrew M. Moshos

AMM:rms/12222197/19335.00001

cc:    Clerk of Court (via hand delivery)
       Counsel of Record (via electronic mail, w/o encls.)

---

[1] Exhibits to the earlier proposed Pretrial Order (D.I. 470) were not refiled. Should the Court find it helpful, the parties will re-file the revised proposed Pretrial Order with all referenced exhibits attached.