IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COSMOKEY SOLUTIONS GMBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1477 (JLH) ) |
| DUO SECURITY, INC. n/k/a DUO SECURITY LLC and CISCO SYSTEMS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Plaintiff" refers to Plaintiff CosmoKey Solutions GmbH.

2. "Defendants" refers to Defendants Duo and Cisco collectively.

3. The "'903 Patent" refers to U.S. Patent No. 9,246,903.

1

## QUESTION 1:

Did Plaintiff prove by a preponderance of the evidence that Defendants infringe any of the following claims of the '903 Patent? Check "Yes" or "No" for each claim.

"**Yes**" is a finding for **Plaintiff**. If you answer yes, you must further answer whether you found literal infringement or infringement under the doctrine of equivalents.

"**No**" is a finding for **Defendants**.

| Claim | Yes (for Plaintiff) | | No (for Defendants) |
|---|---|---|---|
| | Literal | Equivalents | |
| 1 | | | X |
| 5 | | | X |
| 10 | | | X |
| 12 | | | X |

**Proceed to the next page and answer Question 2.**

**QUESTION 2:**

Did Defendants prove by clear and convincing evidence that Duo commercially used or sold the subject matter of the following claims of the '903 Patent in the United States before October 31, 2010? Check "Yes" or "No" for each claim.

    "Yes" is a finding for **Defendants.**

    "No" is a finding for **Plaintiff.**

| Claim | Yes (for Defendants) | No (for Plaintiff) |
|---|---|---|
| 1 | X | |
| 5 | X | |
| 10 | X | |
| 12 | X | |

**Proceed to the next page and answer Question 3.**

**QUESTION 3:**

Did Defendants prove by clear and convincing evidence that any of the following claims of the '903 Patent are invalid as anticipated? Check "Yes" or "No" for each claim.

    "**Yes**" is a finding for **Defendants.**

    "**No**" is a finding for **Plaintiff.**

| Claim | Yes (for Defendants) | No (for Plaintiff) |
|---|---|---|
| 1 | X | |
| 5 | X | |
| 10 | X | |
| 12 | X | |

**Turn to the next page and answer Question 4 only if you:**

  A. Answered "YES" for **any** claim in Question 1, which means you found at least one claim is infringed,

        AND

  B. Answered "NO" for any of those **SAME CLAIM(S)** in Questions 2 and 3, which means you found that same claim or claims not in prior commercial use and not invalid.

Otherwise, **DO NOT** answer Question 4, and instead please proceed to the final page (page 6) of this Verdict Form and sign and date that page.

4

## QUESTION 4:

What amount of damages has Plaintiff proven, by a preponderance of the evidence, that it is entitled to as a reasonable royalty for Defendants' infringement of the '903 Patent?

Answer: $ _____

**Proceed to the next page and sign and date the verdict form.**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. Each juror should then sign the verdict form in the spaces below. The foreperson should date the form and notify the Court Security Officer that you have reached a unanimous verdict.

The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.



Dated: 6-13-2025